**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

JUN 2 5 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 6:26-CR-093-REW**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

V.                    **MOTION OF UNITED STATES TO**
              **UNSEAL INDICTMENT AND PLEADINGS**

**CODY L. SMITH**                                       **DEFENDANT**

*   *   *   *   *

The United States moves to unseal this case, including the indictment and other pleadings sealed by the Order entered on or about June 25, 2026.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT U.S. ATTORNEY

By: _____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, Kentucky 40741
(606) 864-5523
andrew.trimble@usdoj.gov